# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-350 (MJD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Randy Omero Valle, | |
| Defendant. | |

This matter comes before the Court on Defendant Randy Omero Valle's Motion for New Counsel, ECF No. 28. Defendant also filed a letter in support of his motion. *See* ECF No. 29. Defendant brings this motion on a pro se basis. *See* ECF No. 28. Defendant requests the Court to appoint new counsel to represent him from the Office of the Federal Defender. *Id.* Defendant argues that there is good cause to grant his requests. *Id.*

Defendant currently has retained private counsel but wishes for this attorney-client relationship to end due to irreconcilable differences and a complete breakdown in communication with his retained counsel. *Id.*; *see also* ECF No. 29. Defendant also claims that there is a potential for a conflict of interest if his retained counsel were to continue representation. *Id.* Defendant represents that his current counsel, Ryan Garry, does not oppose his requests. *See* ECF No. 28. The Court finds good cause to grant Defendant's requests.

[Continued on next page.]

Further, the Court notes that at Defendant's initial appearance with this Court he was found eligible for the services of the Federal Defender. *See* ECF No. 5.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for New Counsel, ECF No. 28, is **GRANTED**.

2. Pursuant to 18 U.S.C. § 3006A, the Office of the Federal Defender is appointed as counsel.

Dated: March 25, 2024

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Valle*
Case No. 23-cr-350 (MJD/TNL)