UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Criminal No. 23-00350 (MJD/TNL)

RANDY OMERO VALLE,

        Defendant.

---

Thomas M. Hollenhorst, Assistant United States Attorney, Counsel for Plaintiff.

Kenneth U. Udoibok, Kenneth Ubong Udoibok, P.A, Counsel for Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated June 28, 2024. [Doc. 47.] No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated June 28, 2024 **[Doc. 47]**;

2. Defendant's Motion to Suppress Search and Seizure Evidence **[Doc. 35]** is **DENIED**; and

3. Defendant's Motion to Suppress Statements **[Doc. 38]** is **DENIED**.

Dated:  August 19, 2024              s/Michael J. Davis
                                     Michael J. Davis
                                     United States District Court